WELLS PHILLIPS, Respondent, v. GEORGE R. HEBBERD et al., Appellants.

(Argued May 15, 1874; decided September term, 1874.)

THIS was an action upon a promissory note. The defence was that the note was an accommodation note, loaned to the payee, one Greenough, and by him sold to one Gallaudet, plaintiff's assignee. On the trial, upon the question as to whether the note was a business one, plaintiff was permitted to prove, under objection, that when Greenough presented it to him he said it was a business note. *Held*, error.

It appeared that the note in suit was one of a series of notes given by defendants to Greenough, and which, subsequently, were discounted by plaintiff. As bearing upon the question of the character of the note in suit, plaintiff was permitted to show that, upon inquiry made by plaintiff as to the first note, defendants said it was a business note. This was several months prior to the making of the note in suit. *Held*, that the reception of the evidence was error.

*A. Prentice* for the appellants.

*Wm. F. Shepard* for the respondent.

REYNOLDS, C., reads for reversal.
All concur.
Judgment reversed.